UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 5:21-CR-6-DCB-FKB

EDWARD COCKERHAM

**ORDER COMMITTING DEFENDANT FOR TREATMENT**

THIS CAUSE came before the Court for a determination of Defendant Edward Cockerham's mental competency to assist in his defense in his pending trial. The Court had previously granted Cockerham's motion [34] for an order directing that Cockerham be provided a mental health examination in accordance with the provision of 18 U.S.C. §§ 4241 and 4242, in that reasonable cause existed to believe that the defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court, having considered the testimony provided at the March 9, 2023 hearing, the evaluation report filed under seal, and Cockerham's statement, finds based on a preponderance of the evidence that Cockerham is presently suffering from a mental disease or defect rendering him mentally incompetent, as defined in 18 U.S.C. § 4241(d). The Court further finds that Cockerham is unable to understand the nature and consequences of the criminal proceedings pending against him or to assist his counsel properly in his own defense.

It is, therefore, ORDERED, that pursuant to 18 U.S.C. § 4241(d), Cockerham is hereby committed to the custody of the Attorney General to be hospitalized for mental treatment in a suitable facility, preferably in Chicago if Cockerham is a suitable candidate and such placement will expedite Cockerham's hospitalization. Cockerham shall be hospitalized for a reasonable

period, not to exceed four months, as necessary to determine whether there is a substantial probability that in the foreseeable future Cockerham will attain the capacity to permit the proceedings to go forward. Cockerham shall also be hospitalized for any additional reasonable period until his mental condition is so improved that his trial may proceed. Upon the determination of the director of the facility in which Cockerham is hospitalized that he has recovered to the extent that he is able to understand the criminal proceedings against him and assist his counsel in his defense, the director shall promptly file a certificate to that effect with the clerk of court in accordance with 18 U.S.C. § 4241(e).

**SO ORDERED AND ADJUDGED** this the 28th day of March 2023.

s/David Bramlette  
DAVID BRAMLETTE  
United States District Judge