IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 5:21-CR-6-DCB-FKB

EDWARD COCKERHAM

**ORDER FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL**

THIS CAUSE came before the Court for a determination of defendant Edward Cockerham's mental competency to assist in his defense in his pending trial. The Court previously committed Cockerham to the custody of the Attorney General to be hospitalized for mental treatment in a suitable facility, pursuant to 18 U.S.C. § 4241(d), upon finding based on a preponderance of the evidence that Cockerham suffered from a mental disease or defect rendering him mentally incompetent, as defined in 18 U.S.C. § 4241(d), and unable to understand the nature and consequences of the criminal proceedings pending against him or to assist his counsel properly in his own defense. Order [45].

The Court, having considered the testimony provided at the February 20, 2024, hearing and the evaluation report filed under seal, and for the reasons stated on the record, finds by a preponderance of the evidence that Cockerham has sufficient present ability to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Consequently, the Court finds defendant Edward Cockerham competent to stand trial.

So ORDERED, this the  14th  day of March 2024.

s/David Bramlette
HON. DAVID C. BRAMLETTE, III
United States District Judge