IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 5:21-cr-6-DCB-ASH

EDWARD COCKERHAM

## ORDER TO VACATE PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [80] to Vacate the *Agreed Preliminary Order of Forfeiture* [62] filed by this Court on May 1, 2024. Having reviewed the United States' Motion, the Court finds that it is well taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED, that the Agreed Preliminary Order of Forfeiture [62] in this case is hereby vacated, as the United States no longer seeks criminal forfeiture of the Subject Property in this criminal action.

THIS, the  2nd  day of  April , 2026.


s/David Bramlette
UNITED STATES DISTRICT JUDGE

1